FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0590

_____

APRIL ARMSTRONG, DAVID R. BARNHILL, K.
AMY PFEIFER, PEGGY PROBASCO, and PATRICK
QUINN,

      Petitioners and Appellees,

  v.

BOARD OF PERSONNEL APPEALS, MONTANA
DEPARTMENT OF ADMINISTRATION,
MONTANA DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES,

      Respondents and Appellants.

O R D E R

_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Department 4 District Judge, Lewis and Clark County.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020